An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH DARRELL ANDERSON, II,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65780

JOSEPH DARRELL ANDERSON, II,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65781

**FILED**

JUN 1 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 65780

These are proper person appeals from an order denying a post-conviction petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

On May 15, 2014, the district court entered an order denying a post-conviction petition for a writ of habeas corpus designating two district court cases—CR7190 (the trial court case) and PC7190 (the post-conviction case). Appellant filed a notice of appeal designating both cases. Two separate notices of appeal were inadvertently transmitted to this court and docketed in separate appeals. We direct the clerk of this court

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20186

to administratively close the appeal in Docket No. 65780 and transfer to Docket No. 65781 all documents filed or received in this matter.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Robert W. Lane, District Judge
Joseph Darrell Anderson, II
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk